# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

Asheville Division

|  |  |
|---|---|
| DARIOUS BOWENS <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> TODD ISHEE, ET AL., <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 1:22-cv-00153 <br> *(to be filled in by the Clerk's Office)* <br><br><br><br> **FILED** <br> Asheville, NC <br><br> OCT 1 8 2022 <br><br> Clerk, US District Court <br> Western District of NC |

## AMENDED
## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Page 1 of 11

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: DARIOUS BOWENS
All other names by which you have been known:
ID Number:
Current Institution: Mountain View C.I.
Address: 545 Amity Park Rd
Spruce Pine, NC 28777
*City   State   Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: MIKE SLAGLE
Job or Title *(if known)*: Warden / Superintendent
Shield Number:
Employer: North Carolina D.O.C.
Address: 545 Amity Park Rd
Spruce Pine, NC 28777
*City   State   Zip Code*
[✓] Individual capacity   [✓] Official capacity

Defendant No. 2
Name: DEXTER GIBB'S
Job or Title *(if known)*: Asst. Superintendent
Shield Number:
Employer: North Carolina D.O.C.
Address: 545 Amity Park Rd
Spruce Pine, N.C. 28777
*City   State   Zip Code*
[✓] Individual capacity   [✓] Official capacity

**Defendant No. 3**
Name: EDDIE M. BUFFALOE
Job or Title (if known): Director of North Carolina Prisons
Shield Number:
Employer: North Carolina D.O.C / D.P.S
Address: 831 W. Morgan St
Raleigh, N.C. 27603-1659

☐ Individual capacity  ☑ Official capacity

**Defendant No. 4**
Name: TODD ISHEE
Job or Title (if known): Secretary of North Carlina Prisons Doc/DPS
Shield Number:
Employer: North Carolina DOC/DPS
Address: 831 W. Morgan St.
Sprucepine, NC 28777

☐ Individual capacity  ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st, 8th, and 14th Amendment Right US Constitution.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

All Defendants issued the inmate Population lockdown, under the work authority of N.C. DPS and mountain View C.I.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Starting on or around January 25, 2022, Mr. Gibbs and Slagle Placed the entire inmate Population on lockdown at mountain View C.I. And Mr. Buffaloe and Ishee approve the lockdown. (Theres extra Pages to go with this Section)

C. What date and approximate time did the events giving rise to your claim(s) occur?

on or about January 25, 2022 and still ongoing.

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Since being locked down my anxiety has been bad, Sometimes I have mild panic attacks for being in the cell to long, I get extremely paranoid about something happening to me and no one knowing about it because I'm locked in my cell and I have nightmares from being paranoid, and I get real depressed a lot were I just want to Sleep all day because I don't want to face being in my cell all day locked down. (additional paper - this section)

V. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

My Mental Health has worsen because of this lockdown the entire inmate population is on. (see above), I take Mental Health Medication and because we are locked in our cells sometimes I cannot hear any one call Medication call because of the dorm noise and I miss medication call and this leads to bad side effects and even worsen Mental Health. (Religious services will help my mental Health, there being Denied).

VI. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

$150.00 a day we have been on lockdown by the warden Mike Slagle in his Individual capacity.

Injunction against all defendant in the official capacity regarding the prison's unwarranted continuous lockdown because there's enough officers who work on the units.

- [ ] Yes
- [x] No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?
   - [ ] Yes
   - [ ] No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: X 10-12-2022

Signature of Plaintiff     X Darious Bowens
Printed Name of Plaintiff  X Darious Bowens
Prison Identification #    X 1650733
Prison Address             X 545 Amity Park Road
                             Spruce Pine            NC    28777
                             City                   State Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                          City              State     Zip Code

Telephone Number
E-mail Address

Since being on lockdow the following has occured:

1. I never received proper and lawful notice regards to being placed on lockdown and modified housing. The Supreme Court has stated that inmates get due process rights regarding Disciplinary action, 24 hour notice before the hearing to be notified of the infraction(s) he/she is being charged with. If inmates who cause problem's gets proper notice then inmates who are being placed on lockdown for no fault of their own must get proper notice of being locked down and why, etc... By Memo, etc...

2. The following are reasons why Mental health has suffered, depression, anxiety, etc...:
   (a) I have not been able to contact my family and friends over the phone because of timing issues, because of being locked down and only able to come out certain times of the day to make phone calls.
   (b) We do not have outside recreation like we are supose to have, even when we have enough officers, The officers always find excuses to not go outside.

(c) Being on lock down in a single cell, Same as Solitary Confinement causes alot of depression with me, and alot of times I feel like I have cabin fever. My anxiety is sky high because sometimes I feel like the cell's walls are closing in on me, I've had Mild Panic - attacks which sometimes I feel like I am about to die.

(d) My anxiety is also high because the floor officers hardly ever do their rounds in the dorm to do cell checks to make ~~Shu~~ sure inmates are ok!.

Darious Bowens

Attn:
    Clerk,

    I, Darious Bowens, the Plaintiff of this Case am not filing this claim under forma Pauperis because under the filed Claim, I have Paid the full $350.00 filing fee. (see Plaintiff's Trust fund Account receipt enclosed with this letter.

    Since I have Paid the full filing fee I am not strickened under the PLRA's initial review Process. I am asking for a Judges view on this.

    Thankyou Sincerely,

                          Darious Bowens

```
ACCT. NAME: BOWENS, DARIOUS E.                            ACCT#: 1650733
      BED: FPOD-102                                       TYPE: INMATE

         ENDING BALANCE 10/03/22  $     303.52   INCLUDES CANTEEN LIMIT OF $60.00

       BATCH                       REFERENCE
 DATE      NBR.    TYPE             NUMBER      FACL   +/-    AMOUNT         BALANCE
 ----      ----    ----             ------      ----   ---    ------         -------
10/03/22   047  ADMIN. FEE WTH    0201220723A   4855   - $       4.90    $    303.52
10/03/22   043  IJP PAYROLL       20221001IC01  4855   + $       4.90    $    308.42
10/03/22   035  FILING FEE WTH    1003221417B   4855   - $     350.00    $    303.52
09/30/22   012  CASHLS CANTEEN-I  00328         4855   - $       4.92    $    653.52
09/30/22   012  CASHLS CANTEEN-I  00327         4855   - $       6.16    $    658.44
09/29/22   007  CASHLS CANTEEN-I  00319         4855   - $       1.53    $    664.60
09/29/22   007  CASHLS CANTEEN-I  00318         4855   - $       7.12    $    666.13
09/28/22   012  CASHLS CANTEEN-I  00008         4855   - $       3.86    $    673.25
09/28/22   012  CASHLS CANTEEN-I  00007         4855   - $       1.53    $    677.11
09/27/22   008  CASHLS CANTEEN-I  00208         4855   - $      25.00    $    678.64
09/27/22   008  CASHLS CANTEEN-I  00207         4855   - $       7.15    $    703.64
09/27/22   008  CASHLS CANTEEN-I  00206         4855   - $      11.11    $    710.79
09/26/22   055  ADMIN. FEE WTH    0201220723A   4855   - $       0.40    $    721.90
09/26/22   055  ADMIN. FEE WTH    1116211506A   4855   - $       3.75    $    722.30
09/26/22   055  COPAY WITHDRAWAL  0204220840I   4855   - $       0.75    $    726.05
09/26/22   053  IJP PAYROLL       20220924IC01  4855   + $       4.90    $    726.80
09/26/22   008  CASHLS CANTEEN-I  00217         4855   - $       9.31    $    721.90
09/26/22   008  CASHLS CANTEEN-I  00215         4855   - $       6.94    $    731.21

                              BEGINNING BALANCE                          $    738.15


   DEBT      DEBT                                         AMOUNT OF         AMOUNT
   DATE      TIME   TYPE OF DEBT                            DEBT          STILL OWED
 --------   -----  ------------------------------------  -------------   -------------
 02/01/22   07:23  ADM FEE        -CASE#1/20/2209:00       $  10.00  $          4.70
 03/08/22   07:03  ADM FEE        -CASE#2/28/2222:30       $  10.00  $         10.00
 03/22/22   06:42  ADM FEE        -CASE#3/19/2212:00       $  10.00  $         10.00

THIS STATEMENT SHOWS DEPOSITS AND WITHDRAWALS THAT OCCURRED
BETWEEN 09/26/2022 AT 01:01:01 AND 10/03/2022 AT 18:03:31.

ENDING BALANCE IS THE BALANCE AS OF MONDAY,    OCTOBER    3, 2022 AT 18:03:31.
```